UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AUDUBON REAL ESTATE ASSOCIATES, L.L.C         CIVIL ACTION

VERSUS         15-115-SDD-EWD

AUDUBON REALTY, L.L.C.

### RULING

In its February 24, 2016 *Ruling*, the Court ordered the Parties to brief why Audubon Realty, L.L.C.'s counterclaim for an alleged violation of La. R.S. 12:23(B) should not be dismissed.[1] Both Parties complied.[2] In its response, Audubon Realty, L.L.C. acknowledged its error and sought leave of Court to amend its *Complaint* solely for the purpose of withdrawing its claim based upon La. R.S. 12:23(B) and in order to assert a claim for injunctive relief under La. R.S. 12:1306.[3] Audubon Real Estate Associates, L.L.C. has expressed no objection to Audubon Realty, L.L.C.'s request to amend.[4]

Therefore, Audubon Realty, L.L.C. shall have seven (7) days to file its *Amended Complaint* into the record of these proceedings.

Signed in Baton Rouge, Louisiana the 15th day of April, 2016.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 36.
[2] Rec. Doc. 37 and Rec. Doc. 38.
[3] Rec. Doc. 37.
[4] Rec. Doc. 38.

1